## Case Information

DC-22-02900 | DORENNA BROWN vs. WALMART STORES INC, et al

| Case Number | Court | Judicial Officer |
|---|---|---|
| DC-22-02900 | 116th District Court | PARKER, TONYA |
| **File Date** | **Case Type** | **Case Status** |
| 03/15/2022 | PROPERTY | OPEN |

## Party

**PLAINTIFF**
BROWN, DORENNA

Active Attorneys ▼
Lead Attorney
HASHEMI, SHAWN S
Retained

---

**DEFENDANT**
WALMART STORES INC

Address
BY SERVING ITS REGISTERED AGENT CT CORPORATION SYSTEM
1999 BRYAN ST STE 900
DALLAS TX 75201

---

**DEFENDANT**
WAL-MART STORES TEXAS LLC

Address
BY SERVING ITS REGISTERED AGENT CT CORPORATION SYSTEM
1999 BRYAN ST STE 900
DALLAS TX 75201

Active Attorneys ▼
Lead Attorney
BRUCE, STACY H
Retained

# EXHIBIT B

DEFENDANT
WAL-MART STORES EAST LP

Address
BY SERVING ITS REGISTERED AGENT CT CORPORATION SYSTEM
1999 BRYAN ST STE 900
DALLAS TX 75201

DEFENDANT
WALMART STORES EAST INC

Address
BY SERVING ITS REGISTERED AGENT CORPORATION SERVICE COMPANY
800 BRAZOS ST STE 750
AUSTIN TX 89801-2554

## Events and Hearings

03/15/2022 NEW CASE FILED (OCA) - CIVIL

03/15/2022 ORIGINAL PETITION ▼

ORIGINAL PETITION

03/15/2022 ISSUE CITATION ▼

ISSUE CITATION - WALMART STORES EAST INC.

ISSUE CITATION - WAL-MART STORES EAST, LP

ISSUE CITATION - WAL-MART STORES TEXAS, LLC

03/31/2022 CITATION ▼

Served
04/07/2022

Anticipated Server
ESERVE

Anticipated Method
Actual Server
OUT OF COUNTY

Returned
04/19/2022
Comment
WAL-MART STORES EAST INC.

03/31/2022 CITATION ▾

Served
03/31/2022

Anticipated Server
ESERVE

Anticipated Method
Actual Server
PRIVATE PROCESS SERVER

Returned
04/04/2022
Comment
WAL-MART STORES EAST, LP

03/31/2022 CITATION ▾

Served
03/31/2022

Anticipated Server
ESERVE

Anticipated Method
Actual Server
PRIVATE PROCESS SERVER

Returned
04/04/2022
Comment
WAL-MART STORES TEXAS, LLC

03/31/2022 CITATION ▾

Served
03/31/2022

Anticipated Server
ESERVE

Anticipated Method
Actual Server
PRIVATE PROCESS SERVER

Returned
04/04/2022
Comment
WALMART STORES, INC.

04/04/2022 RETURN OF SERVICE ▾

EXECUTED CITATION - WAL-MART STORES TEXAS LLC

Comment
EXECUTED CITATION - WAL-MART STORES TEXAS LLC

04/04/2022 RETURN OF SERVICE ▼

EXECUTED CITATION - WAL-MART STORES EAST LP

Comment
EXECUTED CITATION - WAL-MART STORES EAST LP

04/04/2022 RETURN OF SERVICE ▼

EXECUTED CITATION - WALMART STORES INC

Comment
EXECUTED CITATION - WALMART STORES INC

04/19/2022 RETURN OF SERVICE ▼

EXECUTED CITATION WALMART STORES EAST INC

Comment
EXECUTED CITATION WALMART STORES EAST INC

04/22/2022 ORIGINAL ANSWER - GENERAL DENIAL ▼

ORIGINAL ANSWER

## Financial

BROWN, DORENNA
| | | |
|---|---|---|
| Total Financial Assessment | | $382.00 |
| Total Payments and Credits | | $382.00 |

| Date | Description | Details | Payer | Amount |
|---|---|---|---|---|
| 3/21/2022 | Transaction Assessment | | | $382.00 |
| 3/21/2022 | CREDIT CARD - TEXFILE (DC) | Receipt # 16327-2022-DCLK | BROWN, DORENNA | ($245.00) |
| 3/21/2022 | STATE CREDIT | | | ($137.00) |

## Documents

ORIGINAL PETITION

ISSUE CITATION - WALMART STORES EAST INC.

ISSUE CITATION - WAL-MART STORES EAST, LP

ISSUE CITATION - WAL-MART STORES TEXAS, LLC

EXECUTED CITATION - WAL-MART STORES TEXAS LLC

EXECUTED CITATION - WAL-MART STORES EAST LP

EXECUTED CITATION - WALMART STORES INC

EXECUTED CITATION WALMART STORES EAST INC

ORIGINAL ANSWER