FILED
3/15/2022 1:10 PM
FELICIA PITRE
DISTRICT CLERK
DALLAS CO., TEXAS
Christi Underwood DEPUTY

CAUSE NO. _____

DC-22-02900

| | | |
|---|---|---|
| **DORENNA BROWN,** | § | **IN THE DISTRICT COURT** |
| *Plaintiff,* | § | |
| | § | |
| | § | |
| **v.** | § | |
| | § | **DALLAS COUNTY, TEXAS** |
| | § | |
| **WALMART STORES, INC.,** | § | |
| **WAL-MART STORES TEXAS, LLC,** | § | 116th |
| **WAL-MART STORES EAST, LP,** | § | |
| **WAL-MART STORES EAST INC.** | § | |
| *Defendants.* | § | _____ **JUDICIAL DISTRICT** |

---

### PLAINTIFF'S ORIGINAL PETITION

---

**TO THE HONORABLE JUDGE OF SAID COURT:**

COMES NOW, Dorenna Brown ("Plaintiff") complaining of and against Walmart Stores, Inc., Wal-Mart Stores Texas, LLC, Wal-Mart Stores East, LP, and Wal-Mart Stores East Inc. ("Defendants") and would respectfully show unto the Court as follows:

### I. DISCOVERY CONTROL PLAN

Plaintiff intends to conduct discovery under Level 2 of Texas Rule of Civil Procedure 190.3.

**Pursuant to Texas Rule of Civil Procedure §194.2, Defendants' Initial Disclosures are required to be made within thirty (30) days after the filing of the first answer, unless a different time is set by the Court or by the parties' agreement.**

### II. PARTIES AND SERVICE

1.      Plaintiff is an individual residing in Dallas County, Texas and the last three digits of her driver's license number are 661.

2.      <u>Defendant Walmart Stores, Inc.</u> ("Defendant Walmart") is a corporation doing business in the state of Texas. Defendant Walmart may be served through its <u>registered agent, C T</u>

---

**EXHIBIT C**

Corporation System, located at 1999 Bryan Street, Suite 900, Dallas, Dallas County, Texas 75201, or wherever it may be found.

3.      Defendant Wal-Mart Stores Texas, LLC ("Defendant Stores Texas") is a limited liability company doing business in the state of Texas. Defendant Stores Texas may be served through its registered agent, C T Corporation System, located at 1999 Bryan Street, Suite 900, Dallas, Dallas County, Texas 75201, or wherever it may be found.

4.      Defendant Wal-Mart Stores East, LP ("Defendant Stores East, LP"), is as limited partnership doing business in the state of Texas.  Defendant Stores East, LP may be served through its registered agent, C T Corporation System, located at 1999 Bryan Street, Suite 900, Dallas, Dallas County, Texas 75201, or wherever it may be found.

5.      Defendant Walmart Stores East Inc. ("Defendant Stores East Inc.") is a corporation doing business in the state of Texas. Defendant Stores East Inc. may be served through its registered agent, Corporation Service Company, located at 800 Brazos Street, Suite 750, Austin, Texas 89801-2554, or wherever it may be found.

## III. JURISDICTION

6.      This Court has jurisdiction as Plaintiff's damages exceed the minimum jurisdictional limits of this Court.

## IV. VENUE

7.      Venue is proper in Dallas County, Texas, pursuant to 15.002(a)(1) of the Texas Civil Practice and Remedies Code, because all or a substantial part of the events or omissions giving rise to the claimed occurred in Dallas County. Additionally, Defendants maintained its premises that is the subject of this suit in Dallas County.

## V. FACTS

8.      On or about July 1, 2020, Plaintiff was a customer at Defendants' store located at 6185 Retail Road, Dallas, Texas 75231.

9.      Defendants were the owners and/or shopkeepers operating a supermarket at the premises located at 6185 Retail Road, Dallas, Texas 75231.

10.      Plaintiff entered the Defendants' premises in response to the Defendants' invitation and for Plaintiff's and Defendants' mutual benefit.

11.      Specifically, Plaintiff entered Defendants' premises as a business patron to make purchases at the Defendants' premises.

12.      Plaintiff was, at all times, an invitee on Defendants' premises.

13.      While walking along the pathway to enter the store, Plaintiff's right foot got caught on a piece of metal that was sticking up out of the concrete.  Plaintiff tripped and fell left into a metal temporary fence that was in front of the entrance.  Plaintiff's left arm became caught in the temporary fence as she was falling.

14.      Dallas Police Officers were sitting in their vehicle, saw Plaintiff fall, and went to assist her.  The  police officers placed a trash can over the protruding piece of metal.

15.      The immense force of Plaintiff's fall caused severe and critical injuries, including but not limited to, fractured left scapula, left shoulder pain, upper back pain, aching  pain and soreness in the left arm, soreness in her bilateral knees, with more aggravated pain in the right knee, along with occasional numbness in the toes.

16.      As a direct result of the injuries that Plaintiff sustained, Plaintiff has been unable to work. Plaintiff has lost wages and her earning capacity will continue to be so impaired well into the future.

17.     Defendants failed to ensure that the area was safe and free of dangerous conditions for patrons to enter their premises.

18.     Defendants had a duty to protect patrons from dangerous conditions arising from the Defendants' control over the premises. This duty includes duty to inspect and duty to warn or make conditions safe.

19.     Defendants failed to exercise ordinary care and breached its duty to protect the Plaintiff from dangerous conditions by allowing metal to protrude from the designated walkway area, where patrons reasonably and regularly travel to enter the store. Defendants created an unreasonable risk of harm to Plaintiff by failing to warn Plaintiff of such risk, by failing to make such conditions safe, and by failing to take proper precautions to prevent foreseeable harm.

20.     In the alternative, Plaintiff's injury was the result of the Defendants negligence in: failing to develop and implement adequate policies and procedures for the maintenance of its equipment; failing to ensure that its agents and/or employees were aware of potential dangers to store patrons and that such employees followed proper policies and procedures for patron safety; failing to train agents and/or employees with regards to inspecting equipment;  failing to properly maintain and repair equipment; and failing to warn Plaintiff of the protruding metal and/or remove the protruding metal from the premises.

21.     It was the Defendants negligence and gross negligence that was the proximate cause and/or one of the proximate causes of Plaintiff's personal injuries and damages. Plaintiff seeks recovery of those damages from Defendant Walmart and Defendant Stores Texas jointly and severally.

## VI. PREMISES LIABILITY OF DEFENDANTS WALMART STORES, INC., WAL-MART STORES TEXAS, LLC., WAL-MART STORES EAST, LP, AND WAL-MART STORES EAST, INC.

22.     Plaintiff fully incorporates herein for all purposes the foregoing facts set out in *Plaintiff's Original Petition.*

23.     Plaintiff was an invitee at the time of the injury, and Defendants, collectively, owed Plaintiff a duty to exercise ordinary care to keep the premises in a reasonably safe condition, inspect the premises to discover latent defects, and to make safe any defects, or give adequate warnings of any dangers.

24.     The conduct of Defendants, collectively, and its agents was one of the proximate causes, or the proximate cause, of Plaintiff's personal injuries and damages.

25.     Defendants, collectively, knew or should have known that the condition on its premises created an unreasonable risk of harm to invitees, such as Plaintiff.

26.     Defendants, collectively, breached their duty of ordinary care owed to Plaintiff, in that Defendants' premises posed an unreasonable risk of harm to Plaintiff, in the following acts, to wit:

   a.   Failing to provide a safe path for patrons within Defendants' premises;

   b.   Failing to inspect the premises on a routine basis;

   c.   Failing to properly maintain the designated walkway for use by patrons;

   d.   Failing to properly instruct, educate, or train its employees and agents to maintain a hazard free environment;

   e.   Failing to supervise its employees and agents to ensure the safety of invitees;  and

   f.   Failing to warn Plaintiff of such an unreasonable risk of harm.

27.     Plaintiff seeks recovery of those damages from Defendants jointly and severally.

28.     Defendants failed to act with ordinary prudence as a party would have acted under the same or similar circumstances.

29.     The conduct of Defendants was a substantial factor in bringing about Plaintiff's injuries and without such cause, Plaintiff's injuries and damages would not have occurred.

30.     As the conduct of Defendants as the proximate cause and/or one of the proximate causes of Plaintiff's personal injuries and damages, the Defendants acts and/or omissions constituted negligence and gross negligence, to wit:

    a.  failing to develop and implement adequate policies and procedures for proper maintenance of the premises;

    b.  failing to ensure that its agents and/or employees were aware of potential dangers to patrons and that such employees followed proper policies and procedures for patron safety;

    c.  failing to train agents and/or employees with regards to inspecting the premises regularly as to avoid unreasonable and foreseeable risks to patrons; and

    d.  failing to properly maintain the designated walkway for use by patrons.

31.     Each of the above acts or omissions constitutes negligence and/or gross negligence, which proximately caused the occurrence made the basis of this action and the proximate cause of Plaintiff's damages.

32.     Plaintiff seeks recovery of those damages from Defendants jointly and severally.

## VIII. DAMAGES

33.     As a result of the Defendants' failure to exercise ordinary care to protect Plaintiff from unreasonably dangerous conditions in the Defendants' premises and the Defendants' failure to adequately warn Plaintiff of the protruding metal in the designated walkway, and failure to make such condition reasonably safe, Plaintiff suffered serious injuries to her body.

34.     As a result of the injuries that Plaintiff sustained, she incurred reasonable and

necessary doctors' and medical expenses for her necessary medical care and attention in excess of the jurisdictional limits of this court. There is also a reasonable probability that Plaintiff will incur additional expenses for necessary medical and related health care in the future in an amount unknown at this time.

35.     In addition, Plaintiff suffered severe physical and mental pain, suffering and anguish, disfigurement, and lost wages. In all reasonable probability, Plaintiff will continue to suffer in this manner and her earning capacity will continue to be so impaired well into the future, if not for the balance of her natural life.

36.     As a proximate result of the Defendants negligence, Plaintiff suffered injuries to her body in general. Defendants aforementioned negligence diminished Plaintiff's ability to administer to her own needs. It is more likely than not that Plaintiff's ability to attend to customary household duties and earning capacity will be impaired well into the future, if not for the balance of her natural life.

## IX. RULE 47 PLEADING

37.     Plaintiff pleads, as she is required to under Rule 47(c)(3) of the Texas Rules of Civil Procedure, that he seeks monetary relief over $250,000 but not more than $1,000,000.

## X. RULE 193.7 SELF-AUTHENTICATION

38.     Plaintiff hereby provides notice to Defendants that any documents produced in response to written discovery will be authenticated for use in any pre-trial proceeding or at trial.

## XI. DESIGNATED E-SERVICE ADDRESS

39.     The under-signed attorney's designated e-service address for all e-served documents and notices, filed and unfiled is: **efile@chalakilaw.com**.  This is the under-signed attorney's only e-service email address, and service through any other email address will be considered invalid.

## XII. PRAYER

40.     **WHEREFORE**, Plaintiff respectfully request that Defendants be cited to appear and answer, and that on final trial, Plaintiff be awarded judgment against Defendants for the following:

    a.   Actual medical bills for Plaintiff's damages, which are necessary and reasonable for these types of services; and for future medical attention, and full damages in a sum within the jurisdictional limits of this Court;

    b.   Monetary damages for past and future physical pain and suffering and mental anguish found to be reasonable and just by the trier of fact;

    c.   Lost wages;

    d.   Monetary damages for disfigurement found to be reasonable and just be the trier of fact;

    e.   Physical and wage impairment as determined by the trier of fact;

    f.   Pre and post judgment interest at the maximum legal rate;

    g.   Costs of Court; and

    h.   Such other and further relief, at law or in equity, to which Plaintiff will be justly entitled.

Respectfully submitted,

CHALAKI LAW, P.C.

By: */s/ Shawn Hashemi*
E-service: efile@chalakilaw.com

**Shawn Hashemi**
Texas Bar No. 24090151
**North Dallas Law Center**
3234 Commander Drive, Suite 100
Carrollton, Texas 75006
Tel. (972) 793-8500
Fax. (800) 991-6288

ATTORNEY FOR PLAINTIFF

# FORM NO. 353-3 - CITATION
# THE STATE OF TEXAS

<table>
<tr><td></td><td><strong>ESERVE</strong></td></tr>
</table>

**To:**  **WAL-MART STORES TEXAS, LLC**
**BY SERVING ITS REGISTERED AGENT C T CORPORATION SYSTEM**
**1999 BRYAN ST., STE. 900**
**DALLAS, TX 75201**

GREETINGS:
You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org. Your answer should be addressed to the clerk of the **116th District Court** at 600 Commerce Street, Ste. 101, Dallas, Texas 75202.

Said Plaintiff being **DORENNA BROWN**

Filed in said Court **15th day of March, 2022** against

**WALMART STORES, INC., WAL-MART STORES TEXAS, LLC, WAL-MART STORES EAST, LP AND WAL-MART STORES EAST INC.**

For Suit, said suit being numbered <u>**DC-22-02900,**</u> the nature of which demand is as follows:
Suit on **PROPERTY** etc. as shown on said petition **REQUEST FOR DISCLOSURE**, a copy of which accompanies this citation. If this citation is not served, it shall be returned unexecuted.

WITNESS: FELICIA PITRE, Clerk of the District Courts of Dallas, County Texas.
Given under my hand and the Seal of said Court at office this 31st day of March, 2022.

ATTEST: FELICIA PITRE, Clerk of the District Courts of Dallas, County, Texas



By _____, Deputy
CARLENIA BOULIGNY

---

**CITATION**

**DC-22-02900**

**DORENNA BROWN**
vs.
**WALMART STORES INC, et al**

ISSUED THIS
**31st day of March, 2022**

FELICIA PITRE
Clerk District Courts,
Dallas County, Texas

By: CARLENIA BOULIGNY, Deputy

---

**Attorney for Plaintiff**
**SHAWN S HASHEMI**
CHALAKI LAW PC
3234 COMMANDER DR
STE 100
CARROLLTON TX 75006
972-793-8500
**efile@chalakilaw.com**

**DALLAS COUNTY
SERVICE FEES
NOT PAID**

# OFFICER'S RETURN

Case No. :  DC-22-02900

Court No.116th District Court

Style: DORENNA BROWN

 vs.

WALMART STORES INC, et al


Came to hand on the _____day of _____, 20_____, at _____ o'clock _____.M. Executed at

_____, within the County of _____ at _____ o'clock _____ .M. on the

_____day of_____, 20_____, by delivering to the within named

_____

_____

each in person, a true copy of this Citation together with the accompanying copy of this pleading, having first endorsed on same date of delivery.

The distance actually traveled by me in serving such process was _____miles and my fees are as follows:   To certify which witness my hand.

For serving Citation      $_____      _____

For mileage      $_____      of _____ County,  _____

For Notary      $_____      By _____ Deputy

(Must be verified if served outside the State of Texas.)

Signed and sworn to by the said  _____ before me this _____ day of _____, 20 _____,

to certify which witness my hand and seal of office.

_____

Notary Public  _____ County _____

# FORM NO.  353-3 - CITATION
# THE STATE OF TEXAS

To:   **WAL-MART STORES EAST, LP**
**BY SERVING ITS REGISTERED AGENT C T CORPORATION SYSTEM**
**1999 BRYAN ST., STE. 900**
**DALLAS, TX 75201**

GREETINGS:
You have been sued.  You may employ an attorney.  If you or your attorney do not file a written answer with the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk.  Find out more at TexasLawHelp.org.  Your answer should be addressed to the clerk of the **116th District Court** at 600 Commerce Street, Ste. 101, Dallas, Texas 75202.

Said Plaintiff being **DORENNA BROWN**

Filed in said Court  **15th day of March, 2022** against

**WALMART STORES, INC., WAL-MART STORES TEXAS, LLC, WAL-MART STORES EAST, LP AND WAL-MART STORES EAST INC.**

For Suit, said suit being numbered **DC-22-02900,** the nature of which demand is as follows:
Suit on **PROPERTY** etc. as shown on said petition **REQUEST FOR DISCLOSURE**, a copy of which accompanies this citation.  If this citation is not served, it shall be returned unexecuted.

WITNESS: FELICIA PITRE, Clerk of the District Courts of Dallas, County Texas.
Given under my hand and the Seal of said Court at office this 31st day of March, 2022.

ATTEST: FELICIA PITRE, Clerk of the District Courts of Dallas, County, Texas



By _____ , Deputy
CARLENIA BOULIGNY

---

**ESERVE**

**CITATION**

**DC-22-02900**

**DORENNA BROWN**
vs.
**WALMART STORES INC, et al**

ISSUED THIS
**31st day of March, 2022**

FELICIA PITRE
Clerk District Courts,
Dallas County, Texas

By:  CARLENIA BOULIGNY, Deputy

**Attorney for Plaintiff**
**SHAWN S HASHEMI**
CHALAKI LAW PC
3234 COMMANDER DR
STE 100
CARROLLTON TX  75006
972-793-8500
**efile@chalakilaw.com**

**DALLAS COUNTY
SERVICE FEES
NOT PAID**

# OFFICER'S RETURN

Case No. :  DC-22-02900

Court No.116th District Court

Style: DORENNA BROWN

 vs.

WALMART STORES INC, et al


Came to hand on the _____day of _____, 20_____, at _____ o'clock _____.M. Executed at

_____, within the County of _____ at _____ o'clock _____ .M. on the

_____day of_____, 20_____, by delivering to the within named

_____

_____

each in person, a true copy of this Citation together with the accompanying copy of this pleading, having first endorsed on same date of delivery. The distance actually traveled by me in serving such process was _____miles and my fees are as follows:   To certify which witness my hand.

| | | |
|---|---|---|
| For serving Citation | $_____ | _____ |
| For mileage | $_____ | of _____ County, _____ |
| For Notary | $_____ | By _____ Deputy |

(Must be verified if served outside the State of Texas.)

Signed and sworn to by the said _____ before me this _____ day of _____, 20 _____,

to certify which witness my hand and seal of office.

_____

Notary Public _____ County _____

# FORM NO. 353-3 - CITATION
# THE STATE OF TEXAS

To: **WALMART STORES EAST INC.**
**BY SERVING ITS REGISTERED AGENT CORPORATION SERVICE COMPANY**
**800 BRAZOS ST., STE. 750**
**AUSTIN, TX 89801-2554**

GREETINGS:
You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org. Your answer should be addressed to the clerk of the **116th District Court** at 600 Commerce Street, Ste. 101, Dallas, Texas 75202.

Said Plaintiff being **DORENNA BROWN**

Filed in said Court **15th day of March, 2022** against

**WALMART STORES, INC., WAL-MART STORES TEXAS, LLC, WAL-MART STORES EAST, LP AND WALMART STORES EAST INC.**

For Suit, said suit being numbered **DC-22-02900,** the nature of which demand is as follows:
Suit on **PROPERTY** etc. as shown on said petition **REQUEST FOR DISCLOSURE**, a copy of which accompanies this citation. If this citation is not served, it shall be returned unexecuted.

WITNESS: FELICIA PITRE, Clerk of the District Courts of Dallas, County Texas.
Given under my hand and the Seal of said Court at office this 31st day of March, 2022.

ATTEST: FELICIA PITRE, Clerk of the District Courts of Dallas, County, Texas



By _____ , Deputy
CARLENIA BOULIGNY

---

**ESERVE**

**CITATION**

**DC-22-02900**

**DORENNA BROWN**
vs.
**WALMART STORES INC, et al**

ISSUED THIS
**31st day of March, 2022**

FELICIA PITRE
Clerk District Courts,
Dallas County, Texas

By: CARLENIA BOULIGNY, Deputy

**Attorney for Plaintiff**
**SHAWN S HASHEMI**
CHALAKI LAW PC
3234 COMMANDER DR
STE 100
CARROLLTON TX 75006
972-793-8500
**efile@chalakilaw.com**

**DALLAS COUNTY
SERVICE FEES
NOT PAID**

# OFFICER'S RETURN

Case No. :  DC-22-02900

Court No.116th District Court

Style: DORENNA BROWN

 vs.

WALMART STORES INC, et al

Came to hand on the _____day of _____, 20_____, at _____ o'clock _____.M. Executed at _____, within the County of _____ at _____ o'clock _____ .M. on the _____day of_____, 20_____, by delivering to the within named

_____

_____

each in person, a true copy of this Citation together with the accompanying copy of this pleading, having first endorsed on same date of delivery. The distance actually traveled by me in serving such process was _____miles and my fees are as follows:   To certify which witness my hand.

|                      |            |                                            |
|----------------------|------------|--------------------------------------------|
| For serving Citation | $_____ | _____ |
| For mileage          | $_____ | of _____County, _____ |
| For Notary           | $_____ | By _____ Deputy |

(Must be verified if served outside the State of Texas.)

Signed and sworn to by the said  _____ before me this _____ day of _____, 20 _____,
to certify which witness my hand and seal of office.

_____

Notary Public _____ County _____

FILED
4/19/2022 7:57 AM
FELICIA PITRE
DISTRICT CLERK
DALLAS CO., TEXAS
SADAF RAJPUT DEPUTY

# FORM NO. 353-3 - CITATION
## THE STATE OF TEXAS

To:   **WALMART STORES EAST INC.**
**BY SERVING ITS REGISTERED AGENT CORPORATION SERVICE COMPANY**
**800 BRAZOS ST., STE. 750**
**AUSTIN, TX 89801-2554**

GREETINGS:
You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org. Your answer should be addressed to the clerk of the **116th District Court** at 600 Commerce Street, Ste. 101, Dallas, Texas 75202.

Said Plaintiff being **DORENNA BROWN**

Filed in said Court **15th day of March, 2022** against

**WALMART STORES, INC., WAL-MART STORES TEXAS, LLC, WAL-MART STORES EAST, LP AND WALMART STORES EAST INC.**

For Suit, said suit being numbered **DC-22-02900,** the nature of which demand is as follows:
Suit on **PROPERTY** etc. as shown on said petition **REQUEST FOR DISCLOSURE,** a copy of which accompanies this citation. If this citation is not served, it shall be returned unexecuted.

WITNESS: FELICIA PITRE, Clerk of the District Courts of Dallas, County Texas.
Given under my hand and the Seal of said Court at office this 31st day of March, 2022.

ATTEST: FELICIA PITRE, Clerk of the District Courts of Dallas, County, Texas

By _Carlenia Bouligny_ , Deputy
CARLENIA BOULIGNY



---

**ESERVE**

**CITATION**

**DC-22-02900**

**DORENNA BROWN**
**vs.**
**WALMART STORES INC, et al**

**ISSUED THIS**
**31st day of March, 2022**

FELICIA PITRE
Clerk District Courts,
Dallas County, Texas

By: CARLENIA BOULIGNY, Deputy

**Attorney for Plaintiff**
**SHAWN S HASHEMI**
CHALAKI LAW PC
3234 COMMANDER DR
STE 100
CARROLLTON TX 75006
972-793-8500
efile@chalakilaw.com

**DALLAS COUNTY**
**SERVICE FEES**
**NOT PAID**

## OFFICER'S RETURN

Case No. : DC-22-02900

Court No.116th District Court

Style: DORENNA BROWN

vs.

WALMART STORES INC, et al

Came to hand on the _____ 31⁸ᵗ _____ day of _March_ , 20 _22_ , at _6_ o'clock _P_ .M. Executed at _211 E. 4th Street #620_ , within the County of _Travis_ at _9:35_ o'clock _A_ .M. on the _4th_ day of _April_ , 20 _22_ , by delivering to the within named _Walmart Stores East Inc_ _____

each ~~in person~~, a true copy of this Citation together with the accompanying copy of this pleading, having first endorsed on same date of delivery. The distance actually traveled by me in serving such process was _____ miles and my fees are as follows:   To certify which witness my hand.

| | | | |
|---|---|---|---|
| For serving Citation | $ _____ | | |
| For mileage | $ _____ | of _____ County, | _18830_ |
| For Notary | $ _____ | By _____ ~~Deputy~~ | _8x 10/21/22_ |

(Must be verified if served outside the State of Texas.)

Signed and sworn to by the said _Steven Frudenthal_ before me this _18_ day of _February_ , 20 _22_ , to certify which witness my hand and seal of office.

_RYCMRRR 7021 1070000582343070_

_Carrie M. Dean_
Notary Public _Dallas_ County _TX_

CARRIE MICHELLE DEAN
Notary Public, State of Texas
Comm. Expires 02-01-2026
Notary ID 133563213

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Walmart Stores East Inc
CORPORATION SERVICE COMPANY
211 E 7TH STREET, #
AU       TERMAS      4

9590 9402 7160 1251 2635 94

2. Article Number (Transfer from service label)

7021 1970 0000 8234 3070

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X Viva Tejas Logistics (AAO)  ☐ Agent
                              ☐ Addressee

B. Received by (Printed Name)          C. Date of Delivery

MAR 11 2022

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No
            Carlos Mendoz

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053                    Domestic Return Receipt

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 63670323
Status as of 4/20/2022 12:46 PM CST

Associated Case Party: DORENNA BROWN

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Shawn Hashemi | | efile@chalakilaw.com | 4/19/2022 7:57:17 AM | SENT |

FILED
4/4/2022 10:23 AM
FELICIA PITRE
DISTRICT CLERK
DALLAS CO., TEXAS
Daniel Macias DEPUTY

# FORM NO. 353-3 - CITATION
# THE STATE OF TEXAS

**To:**   **WAL-MART STORES EAST, LP**
**BY SERVING ITS REGISTERED AGENT C T CORPORATION SYSTEM**
**1999 BRYAN ST., STE. 900**
**DALLAS, TX 75201**

GREETINGS:
You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org. Your answer should be addressed to the clerk of the **116th District Court** at 600 Commerce Street, Ste. 101, Dallas, Texas 75202.

Said Plaintiff being **DORENNA BROWN**

Filed in said Court **15th day of March, 2022** against

**WALMART STORES, INC., WAL-MART STORES TEXAS, LLC, WAL-MART STORES EAST, LP AND WAL-MART STORES EAST INC.**

For Suit, said suit being numbered **DC-22-02900,** the nature of which demand is as follows:
Suit on **PROPERTY** etc. as shown on said petition **REQUEST FOR DISCLOSURE**, a copy of which accompanies this citation. If this citation is not served, it shall be returned unexecuted.

WITNESS: FELICIA PITRE, Clerk of the District Courts of Dallas, County Texas.
Given under my hand and the Seal of said Court at office this 31st day of March, 2022.

ATTEST: FELICIA PITRE, Clerk of the District Courts of Dallas, County Texas



By _Carlenia Bouligny_ , Deputy
CARLENIA BOULIGNY

---

**ESERVE**

**CITATION**

**DC-22-02900**

**DORENNA BROWN**
**vs.**
**WALMART STORES INC, et al**

**ISSUED THIS**
**31st day of March, 2022**

FELICIA PITRE
Clerk District Courts,
Dallas County, Texas

By: CARLENIA BOULIGNY, Deputy

**Attorney for Plaintiff**
**SHAWN S HASHEMI**
CHALAKI LAW PC
3234 COMMANDER DR
STE 100
CARROLLTON TX 75006
972-793-8500
**efile@chalakilaw.com**

# DALLAS COUNTY
# SERVICE FEES
# NOT PAID

## OFFICER'S RETURN

Case No. : DC-22-02900

Court No.116th District Court

Style: DORENNA BROWN

vs.

WALMART STORES INC, et al

Came to hand on the ___31ST___ day of ___MARCH___, 20 _22_, at _2:00_ o'clock _P_ .M. Executed at
_1999 BRYAN ST #900 DALLAS, TX 75201_, within the County of ___DALLAS___ at _3:05_ o'clock _P_ .M. on the
___31ST___ day of ___MARCH___, 20 _22_, by delivering to the within named
_WALMART STORES EASY L P — B/S IT'S R/A, CT CORPORATION SYSTEMS, THROUGH GEORGE MARTINEZ_

each in person, a true copy of this Citation together with the accompanying copy of this pleading, having first endorsed on same date of delivery.

The distance actually traveled by me in serving such process was _____ miles and my fees are as follows: To certify which witness my hand.

|  |  |  |  |  |
|---|---|---|---|---|
| For serving Citation | $ _____ | _STEVEN J. FRUEDENTHAL_ | _18830_ |
| For mileage | $ _____ | of _DENTON_ County, _TX._ | _EX 10/31/22_ |
| For Notary | $ _____ | By _____ Deputy |  |

(Must be verified if served outside the State of Texas.)

Signed and sworn to by the said _STEVEN L FRUEDENTHAL_ before me this _1_ day of _April_, 20 _22_,
to certify which witness my hand and seal of office.

_____ Carrie m. Dean

Notary Public _Dallas_ County _Texas_



CARRIE MICHELLE DEAN
Notary Public, State of Texas
Comm. Expires 02-01-2026
Notary ID 133563213

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 63219259
Status as of 4/5/2022 2:13 PM CST

Associated Case Party: DORENNA BROWN

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Shawn Hashemi | | efile@chalakilaw.com | 4/4/2022 10:23:15 AM | SENT |

FILED
4/4/2022 10:25 AM
FELICIA PITRE
DISTRICT CLERK
DALLAS CO., TEXAS
Daniel Macias DEPUTY

# FORM NO. 353-3 - CITATION
# THE STATE OF TEXAS

**To:** **WALMART STORES, INC.**
**BY SERVING ITS REGISTERED AGENT C T CORPORATION SYSTEM**
**1999 BRYAN ST., STE. 900**
**DALLAS, TX 75201**

GREETINGS:
You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org. Your answer should be addressed to the clerk of the **116th District Court** at 600 Commerce Street, Ste. 101, Dallas, Texas 75202.

Said Plaintiff being **DORENNA BROWN**

Filed in said Court **15th day of March, 2022** against

**WALMART STORES, INC., WAL-MART STORES TEXAS, LLC, WAL-MART STORES EAST, LP AND WAL-MART STORES EAST INC.**

For Suit, said suit being numbered **DC-22-02900,** the nature of which demand is as follows:
Suit on **PROPERTY** etc. as shown on said petition **REQUEST FOR DISCLOSURE,** a copy of which accompanies this citation. If this citation is not served, it shall be returned unexecuted.

WITNESS: FELICIA PITRE, Clerk of the District Courts of Dallas, County Texas.
Given under my hand and the Seal of said Court at office this 31st day of March, 2022.

ATTEST: FELICIA PITRE, Clerk of the District Courts of Dallas, County, Texas



By _Carlenia Bouligny_ , Deputy
CARLENIA BOULIGNY

---

**ESERVE**

**CITATION**

**DC-22-02900**

**DORENNA BROWN**
**vs.**
**WALMART STORES INC, et al**

**ISSUED THIS**
**31st day of March, 2022**

FELICIA PITRE
Clerk District Courts,
Dallas County, Texas

By: CARLENIA BOULIGNY, Deputy

**Attorney for Plaintiff**
**SHAWN S HASHEMI**
CHALAKI LAW PC
3234 COMMANDER DR
STE 100
CARROLLTON TX 75006
972-793-8500
efile@chalakilaw.com

# DALLAS COUNTY
# SERVICE FEES
# NOT PAID

## OFFICER'S RETURN

Case No. : DC-22-02900

Court No.116th District Court

Style: DORENNA BROWN

vs.

WALMART STORES INC, et al

Came to hand on the _3/st_ day of _MARCH_ , 20 _22_ , at _2:00_ o'clock _P_ .M. Executed at _1999 BRYAN ST, #900, DALLAS, TX 75201_ , within the County of _DALLAS_ at _3:05_ o'clock _P_ .M. on the _3/st_ day of _MARCH_ , 20 _22_ , by delivering to the within named _WALMART STORES INC, B/S IT'S R/A, CT CORPORATION SYSTEMS THROUGH GEORGE MARTINEZ_

each in person, a true copy of this Citation together with the accompanying copy of this pleading, having first endorsed on same date of delivery. The distance actually traveled by me in serving such process was _____ miles and my fees are as follows:   To certify which witness my hand.

|  |  |  |  |
|---|---|---|---|
| For serving Citation | $ _____ | _STEVEN J. FRIEDENTHAL_ | _18830_ |
| For mileage | $ _____ | of _DENTON_ County, _TX._ | _EX 10/31/22_ |
| For Notary | $ _____ | By _____ | Deputy |

(Must be verified if served outside the State of Texas.)

Signed and sworn to by the said _STEVEN J. FRIEDENTHAL_ before me this _1_ day of _April_ , 20 _22_ , to certify which witness my hand and seal of office.

_Carrie M. Dean_

Notary Public _Dallas_ _____ County _Texas_



CARRIE MICHELLE DEAN
Notary Public, State of Texas
Comm. Expires 02-01-2026
Notary ID 133563213

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 63219419
Status as of 4/5/2022 2:14 PM CST

Associated Case Party: DORENNA BROWN

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Shawn Hashemi | | efile@chalakilaw.com | 4/4/2022 10:25:36 AM | SENT |

FILED
4/4/2022 10:20 AM
FELICIA PITRE
DISTRICT CLERK
DALLAS CO., TEXAS
Daniel Macias DEPUTY

# FORM NO. 353-3 - CITATION
# THE STATE OF TEXAS

**To:   WAL-MART STORES TEXAS, LLC**
**BY SERVING ITS REGISTERED AGENT C T CORPORATION SYSTEM**
**1999 BRYAN ST., STE. 900**
**DALLAS, TX 75201**

GREETINGS:
You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org. Your answer should be addressed to the clerk of the **116th District Court** at 600 Commerce Street, Ste. 101, Dallas, Texas 75202.

Said Plaintiff being **DORENNA BROWN**

Filed in said Court **15th day of March, 2022** against

**WALMART STORES, INC., WAL-MART STORES TEXAS, LLC, WAL-MART STORES EAST, LP AND WAL-MART STORES EAST INC.**

For Suit, said suit being numbered **DC-22-02900,** the nature of which demand is as follows:
Suit on **PROPERTY** etc. as shown on said petition **REQUEST FOR DISCLOSURE**, a copy of which accompanies this citation. If this citation is not served, it shall be returned unexecuted.

WITNESS: FELICIA PITRE, Clerk of the District Courts of Dallas, County Texas.
Given under my hand and the Seal of said Court at office this 31st day of March, 2022.

ATTEST: FELICIA PITRE, Clerk of the District Courts of Dallas, County Texas

By  , Deputy
CARLENIA BOULIGNY

---

**ESERVE**

**CITATION**

**DC-22-02900**

**DORENNA BROWN**
vs.
**WALMART STORES INC, et al**

**ISSUED THIS**
**31st day of March, 2022**

FELICIA PITRE
Clerk District Courts,
Dallas County, Texas

By: CARLENIA BOULIGNY, Deputy

**Attorney for Plaintiff**
**SHAWN S HASHEMI**
CHALAKI LAW PC
3234 COMMANDER DR
STE 100
CARROLLTON TX 75006
972-793-8500
efile@chalakilaw.com

**DALLAS COUNTY**
**SERVICE FEES**
**NOT PAID**

# OFFICER'S RETURN

Case No. : DC-22-02900

Court No.116th District Court

Style: DORENNA BROWN

vs.

WALMART STORES INC, et al

Came to hand on the _3/ST_ day of _MARCH_, 20_22_, at _2:00_ o'clock _P_ .M. Executed at _1999 BRYAN ST 1900 DALLAS, TX 75201_, within the County of _DALLAS_ at _3:05_ o'clock _P_ .M. on the _31ST_ day of _MARCH_, 20 _22_, by delivering to the within named _WAL-MART STORES TEXAS LLC, B/S IT'S R/A, CT CORPORATION SYSTEMS, THROUGH GEORGE MARTINEZ_

each in person, a true copy of this Citation together with the accompanying copy of this pleading, having first endorsed on same date of delivery. The distance actually traveled by me in serving such process was _____ miles and my fees are as follows:   To certify which witness my hand.

For serving Citation  $_____      _STEVEN J. FRIEDENTHAL_      _18830_
For mileage           $_____  of _DENTON_ County,  _TX_      _EX 10/31/22_
For Notary            $_____  By _____ Deputy
                      (Must be verified if served outside the State of Texas.)

Signed and sworn to by the said _STEVEN J. FRIEDENTHAL_ before me this _1_ day of _April_, 20_22_, to certify which witness my hand and seal of office.

_Carrie M. Dean_
Notary Public _Dallas_ County _TX_



CARRIE MICHELLE DEAN
Notary Public, State of Texas
Comm. Expires 02-01-2026
Notary ID 133563213

**Automated Certificate of eService**
This automated certificate of service was created by the efiling system.
The filer served this document via email generated by the efiling system
on the date and to the persons listed below. The rules governing
certificates of service have not changed. Filers must still provide a
certificate of service that complies with all applicable rules.

Envelope ID: 63219090
Status as of 4/5/2022 2:12 PM CST

Associated Case Party: DORENNA BROWN

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Shawn Hashemi | | efile@chalakilaw.com | 4/4/2022 10:20:59 AM | SENT |

FILED
4/22/2022 1:12 PM
FELICIA PITRE
DISTRICT CLERK
DALLAS CO., TEXAS
Madison McCarrier DEPUTY

Case 3:22-cv-00956-K   Document 1-3   Filed 04/29/22   Page 29 of 34   PageID 43

## CAUSE NO. DC-22-02900

| | | |
|---|---|---|
| **DORENNA BROWN** | § | **IN THE DISTRICT COURT** |
| | § | |
| **VS.** | § | **DALLAS COUNTY, TEXAS** |
| | § | |
| **WALMART STORES, INC., WAL-MART** | § | |
| **STORES TEXAS, LLC, WAL-MART** | § | |
| **STORES EAST, LP AND WAL-MART** | § | |
| **STORES EAST INC.** | § | **116TH JUDICIAL DISTRICT** |

## DEFENDANT'S ORIGINAL ANSWER

**TO THE HONORABLE JUDGE OF SAID COURT:**

**COMES NOW**, Wal-Mart Stores Texas, LLC, Defendant in the above-referenced cause, and files this its Original Answer and respectfully shows the Court the following:

### I.
### GENERAL DENIAL

Defendant generally denies each and every allegation contained in Plaintiff's Original Petition and demands strict proof thereof by preponderance of the credible evidence.

### II.
### RULE 193.7 NOTICE

Pursuant to Texas Rules of Civil Procedure 193.7, Defendant provides notice that it intends to use Plaintiff's production of all documents, tangible things and discovery items produced in response to discovery in any pre-trial proceeding or at trial.

### III.
### JURY DEMAND

Defendant further demands a trial by jury.

**WHEREFORE, PREMISES CONSIDERED,** Defendant prays that Plaintiff take nothing by this suit, that Defendant recover its costs, and for such other and further relief to which Defendant may be justly entitled at law or in equity.

Respectfully submitted,

**COBB MARTINEZ WOODWARD** PLLC
1700 Pacific Avenue, Suite 3100
Dallas, Texas 75201
(214) 220-5210
(214) 220-5299 (Fax)


By: */s/ Stacy Hoffman Bruce*
      **STACY HOFFMAN BRUCE**
      Texas Bar No. 24036793
      sbruce@cobbmartinez.com

**ATTORNEYS FOR DEFENDANT
WAL-MART STORES TEXAS, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument has been forwarded to the following counsel of record either by telefax, certified mail, return receipt requested, e-mail and/or regular U.S. mail on this 22nd day of April, 2022.

Shawn Hashemi
Chalaki Law, P.C.
North Dallas Law Center
3234 Commander Drive, Suite 100
Carrollton, TX 75006


*/s/ Stacy Hoffman Bruce*
**STACY HOFFMAN BRUCE**

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Missy Ramirez on behalf of Stacy Bruce
Bar No. 24036793
mramirez@cobbmartinez.com
Envelope ID: 63821257
Status as of 4/22/2022 1:38 PM CST

Associated Case Party: DORENNA BROWN

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Shawn Hashemi | | efile@chalakilaw.com | 4/22/2022 1:12:09 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Missy Ramirez | | mramirez@cobbmartinez.com | 4/22/2022 1:12:09 PM | SENT |
| Stacy H.Bruce | | sbruce@cobbmartinez.com | 4/22/2022 1:12:09 PM | SENT |

FILED
4/22/2022 3:16 PM
FELICIA PITRE
DISTRICT CLERK
DALLAS CO., TEXAS
Miranda Lynch DEPUTY

Case 3:22-cv-00956-K   Document 1-3   Filed 04/29/22   Page 32 of 34   PageID 46

## CAUSE NO. DC-22-02900

| | | |
|---|---|---|
| **DORENNA BROWN** | § | **IN THE DISTRICT COURT** |
| | § | |
| **VS.** | § | **DALLAS COUNTY, TEXAS** |
| | § | |
| **WALMART STORES, INC., WAL-MART** | § | |
| **STORES TEXAS, LLC, WAL-MART** | § | |
| **STORES EAST, LP AND WAL-MART** | § | |
| **STORES EAST INC.** | § | **116ᵀᴴ JUDICIAL DISTRICT** |

## DEFENDANTS' ORIGINAL ANSWER

**TO THE HONORABLE JUDGE OF SAID COURT:**

    **COME NOW**, Walmart Stores, Inc., Wal-Mart Stores East, LP and Wal-Mart Stores East Inc., Defendants in the above-referenced cause, and files this their Original Answer and respectfully show the Court the following:

## I.
## GENERAL DENIAL

    Defendants generally deny each and every allegation contained in Plaintiff's Original Petition and demand strict proof thereof by preponderance of the credible evidence.

## II.
## RULE 193.7 NOTICE

    Pursuant to Texas Rules of Civil Procedure 193.7, Defendants provide notice that they intend to use Plaintiff's production of all documents, tangible things and discovery items produced in response to discovery in any pre-trial proceeding or at trial.

## III.
## JURY DEMAND

    Defendants further demand a trial by jury.

    **WHEREFORE, PREMISES CONSIDERED,** Defendants pray that Plaintiff take nothing by this suit, that Defendants recover their costs, and for such other and further relief to which Defendants may be justly entitled at law or in equity.

Respectfully submitted,

**COBB MARTINEZ WOODWARD** P**LLC**
1700 Pacific Avenue, Suite 3100
Dallas, Texas 75201
(214) 220-5210
(214) 220-5299 (Fax)


By: */s/ Stacy Hoffman Bruce*
       **STACY HOFFMAN BRUCE**
       Texas Bar No. 24036793
       sbruce@cobbmartinez.com

       **ATTORNEYS FOR DEFENDANTS**


**CERTIFICATE OF SERVICE**

       I hereby certify that a true and correct copy of the above and foregoing instrument has been forwarded to the following counsel of record either by telefax, certified mail, return receipt requested, e-mail and/or regular U.S. mail on this 22nd day of April, 2022.

Shawn Hashemi
Chalaki Law, P.C.
North Dallas Law Center
3234 Commander Drive, Suite 100
Carrollton, TX 75006


       */s/ Stacy Hoffman Bruce*
       **STACY HOFFMAN BRUCE**

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Missy Ramirez on behalf of Stacy Bruce
Bar No. 24036793
mramirez@cobbmartinez.com
Envelope ID: 63830524
Status as of 4/22/2022 3:45 PM CST

Associated Case Party: WAL-MART STORES TEXAS LLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Missy Ramirez | | mramirez@cobbmartinez.com | 4/22/2022 3:16:12 PM | SENT |
| Stacy H.Bruce | | sbruce@cobbmartinez.com | 4/22/2022 3:16:12 PM | SENT |

Associated Case Party: DORENNA BROWN

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Shawn Hashemi | | efile@chalakilaw.com | 4/22/2022 3:16:12 PM | SENT |