IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **DORENNA BROWN** | § § | **CIVIL ACTION NO.** |
| **VS.** | § § | _____ |
| **WALMART STORES, INC., WAL-MART STORES TEXAS, LLC, WAL-MART STORES EAST, LP and WAL-MART STORES EAST INC.** | § § § § § | |

## DEFENDANTS' DISCLOSURE STATEMENT
## AND CERTIFICATE OF INTERESTED PERSONS

Pursuant to Federal Rule of Civil Procedure 7.1, Defendants, Walmart Stores, Inc., Wal-Mart Stores Texas, LLC, Wal-Mart Stores East, LP and Wal-Mart Stores East Inc. by and through their undersigned attorney, state as follows:

1. Walmart Stores, Inc. (Defendant).

2. Wal-Mart Stores Texas, LLC (Defendant). Wal-Mart Real Estate Business Trust is the sole member of Wal-Mart Stores Texas LLC. The sole unit/shareholder of Wal-Mart Real Estate Business Trust is Wal-Mart Property Co.

3. Wal-Mart Stores East, LP (Defendant). WSE Management, LLC is the sole general partner, and WSE Investment, LLC is the sole limited partner of Wal-Mart Stores East, LP. The sole member of both WSE Management, LLC and WSE Investment, LLC is Wal-Mart Stores East, LLC. Walmart Inc. is the sole member of Wal-Mart Stores East, LLC.

4. Wal-Mart Stores East Inc. (Defendant).

5. Defendant Wal-Mart Stores Texas, LLC's insurance carrier is American Home Assurance Company and may be financially interested in the outcome of this matter.

**EXHIBIT D**

Other persons or other legal entities that may be financially interested in the outcome of this matter are:

1. Dorenna Brown, Plaintiff
2. Shawn Hashemi, Counsel for Plaintiff

Dated:  April 29, 2022.

        **Respectfully submitted,**

By: */s/ Stacy Hoffman Bruce*
**STACY HOFFMAN BRUCE**
Texas Bar No. 24036793
sbruce@cobbmartinez.com
**DANIEL A. ORTEGA**
Texas Bar No. 24067808
dortega@cobbmartinez.com

**COBB MARTINEZ WOODWARD PLLC**
1700 Pacific Avenue, Suite 3100
Dallas, Texas 75201
(214) 220-5210
(214) 220-5299 Fax

**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I certify a true and correct copy of this document has been forwarded to the following counsel for Plaintiff either by e-service, telefax, electronic mail, and/or regular U.S. mail on this 29th day of April, 2022:

Shawn Hashemi
Chalaki Law, P.C.
North Dallas Law Center
3234 Commander Drive, Suite 100
Carrollton, TX 75006

*/s/ Stacy Hoffman Bruce*
**STACY HOFFMAN BRUCE**